**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAIS AMADOR,<br><br>         *Plaintiff*,<br><br>-against-<br><br>CELL PHONES OF HARLEM, INC., HIGH SPEED WIRELESS 1618 INC, 20/20 MOBILE CORP, MORIS HASBANI and ABEDELSALAM IHMUD<br>         *Defendants.* | Civil Action<br><br>Case No. 25-cv-07540-RA25<br><br><br>**JUDGMENT** ~~(PROPOSED)~~ |

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff LAIS AMADOR ("Plaintiff") on June 5, 2026, accepting the June 3, 2026, Offer of Judgment from defendants CELL PHONES OF HARLEM, INC., HIGH SPEED WIRELESS 1618 INC, MORIS HASBANI (together, "Appearing-Defendants") to allow judgment to be taken against Appearing-Defendants by Plaintiff in the above-captioned action in the total sum of Five Thousand Dollars and No Cents ($5,000.00), inclusive of all damages, interest, costs and attorneys' fees, and expenses, in full and final settlement of all of Plaintiff's claims, relief, and causes of action against Appearing-Defendants arising out, alleged in, or related to, the facts and transactions asserted in Plaintiff's Complaint, including without limitation, Fair Labor Standards Act, 29 U.S.C. 201 *et seq*., and all Counts of the Complaint, inclusive of all damages, interest, costs, attorneys' fees, and expenses, it is

**ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff LAIS AMADOR and against CELL PHONES OF HARLEM, INC., HIGH SPEED WIRELESS 1618 INC, MORIS HASBANI, with respect to Plaintiff's claims, relief, and causes of action against Appearing-Defendants arising out of, alleged in, or related to, the facts and transactions asserted in Plaintiff's Complaint, including without limitation, Fair Labor Standards Act, 29 U.S.C. 201 et

seq, and all Counts of the Complaint, in the total amount of $5,000.00, inclusive of all damages, interest, costs, attorneys' fees, and expenses; and that this case is closed and disposed with prejudice against Appearing-Defendants.

Judgment signed this Eighth day of June, 2026.

_____
Hon. Judge Ronnie Abrams, U.S.D.J